# UNITED STATES DISTRICT COURT
for the

_Western_ District of ___ New York

_____ Division

Jaquan Terry

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Buffalo news, News paper
face Book
City of Buffalo police department
Erie County Correctional facility

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 25 CV 830
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

UNITED STATES DISTRICT COURT FILED SEP 8 2025 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jaquan Terry ICN: 143232
Street Address: 11581 Walden Avenue
City and County: Alden, Erie
State and Zip Code: New York 14004
Telephone Number: 716-937-5585
E-mail Address: none at this time

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed. Buffalo News (corporation) face Book (corporation) City of Buffalo police Department (government) Erie County Jail manager correctional facility (government)

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Buffalo News
  Job or Title (if known): News media outlet
  Street Address: 726 - Exchang street
  City and County: Buffalo    Erie
  State and Zip Code: New York    14210
  Telephone Number: unkown at this time
  E-mail Address (if known): Unkown at this time

Defendant No. 2
  Name: Face Book
  Job or Title (if known):
  Street Address: 1 Hacker wy, Menlo park
  City and County: Menlo park
  State and Zip Code: California 94025
  Telephone Number: unkown at this time
  E-mail Address (if known): Unkown at this time

Defendant No. 3
  Name: City of Buffalo Police Department
  Job or Title (if known):
  Street Address: 68 Court St
  City and County: Buffalo - Erie
  State and Zip Code: New York 14202
  Telephone Number: unkown at this time
  E-mail Address (if known): UnKnown at this time

Defendant No. 4
  Name: Erie County Correction facility
  Job or Title (if known): Erie County Jails management
  Street Address: 11581 walden Ave
  City and County: Alden    Erie County
  State and Zip Code: New York    14004
  Telephone Number: 716-937-5585
  E-mail Address (if known): Unkown at this time

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question   [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 1st 4th 5th 6th 7th 9th 13th 14th 15th Amendments violated federal statutes and laws on Defamtion, Slander, libel. UN and USA treaties on human Rights 1997. 2023. Federal statutes on Human Rights, federal statutes and provisions on race, sex, color federal statutes on equality. All violated and more.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* N/A .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A ,

   and has its principal place of business in the State of *(name)* N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) N/A , is incorporated under the laws of the State of (name) N/A , and has its principal place of business in the State of (name) N/A .

Or is incorporated under the laws of (foreign nation) N/A ,

and has its principal place of business in (name) N/A .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):
I am seeking for damages the amount of __30 million__. Because of violations of my Civil rights, Federal statutes, provisions and treaties of the United States. and violations of the constitution of the United States.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1. The Buffalo news wrote and published a fraudulent story about me, with false Statements and misrepersention of facts. With the libebous, defamatory and false statements being told as fact. Willingl(y) and Knowingly with a reckless disregard of the truth did in deed not fact check as to the → Please see additional pages #1 for more information.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking in Relief of damages in the amount of __30 million__. I also ask this court in its wisdom for further Relief to what the court sees just and fit to grant. For the following : PLEASE see additional pages for more information. Emotional distress, Emotional injury P.T.S.D. Suffering from fear something will happen to my family. The loss of domestic tranquillity. physical distress, physical injury. Can't sleep Can't eat. Fear something will happen to me, Made to feel as if I'm a second rate Citizen, loss of property, loss of money

**ERIE COUNTY CORRECTIONAL FACILITY**

**11581 Walden Avenue   Alden, NY 14004**

Additional page #1   Jaquan Terry            8-29-25

III. Statement of Claim

→ legitmacy of the allegations wrought against me with a high degree of liklyhood that the allegations against me are false, the Buffalo News did willfully and inentionally Publish the false story anyway, including but not limited to facebook, upon which a larger puplic of world wide reedership would insew, now creating a hazardous, dangerous and life threating climet, to which threats of harm and Death to my family and myself begain pouring in on facebook and to my home. The false story being published by the Buffalo News being the Reason my family and myself live in fear of harm and Death, and the destruction of my good name.

#2. facebook responsible for all contents on its social media platform, to which when people are threated or bullied on the Social media platform known as Facebook, those statements and content are to be removed and further to ensure the safty of the users of facebook when fales or dangerous statements or contents ar posted on facebook, they are to be removed and blocked as to not return to facebook. The negligence and deliberately not removing false and defamatory contents has caused Great pain and suffering to my family and myself.

#3. City of Buffalo Police department, did inentionally and willfuly violate my civil rights by entering my home without warrant or cause seazing personal property without due process and willfuly and specifically released fales unsubantiated allegations to the Buffalo news, who in turn wrote more falsitly into an already fals story. Buffalo police deliberately placed my family and myself in harms way by the reckless way in which they willfuly out right lied with full knowlege that their statements where unsubantiated and false causing →

(on Back) →

great harm to myself and that of my family. Depriving me of my right of due process, leading to my injailment and involuntary servitude, with out due process of law, now being deprived of life, liberty, property and domestic tranquillity.

#3. Erie County Correctional facility, inetionally and wilfoly violates human rights standards. by the following, they are negligent in allowing and creating hazardous living enviroment with many dangerous and life threating conditions including but limited to, broken floors, cracked walls with black mold, bad lighting and many arears of destruction and ruin, which generates it own ecosystem and habitat with standing water making a good home for vermin and insects to whom freely rome the facility.

 I am forced to shower with others with male and female gards able to watch my nakedness. I am forced to use unclean bathrooms with no doors or walls as to let other people see my uncleaness, both male and female gards. I am forced to sleep on unsafe bunk beds, I am forced to live with killers and rapest. I am forced to eat substandard uncooked and unclean food, I am forced to drink unclean water from unclean sinks. I am forced to be naked in puplic for seachs by both male and female gards. I am made a slave with out conviction or due process. Given a number for a name and made to do work with out pay. If I do not do as told for punishment I am forced into a box to where I have no movement, no good lighting or family calls. where I left along time weeks, months, or days and much, much, much more violated by the Erie County Correctional facility.

Next Page →

Additional page #2 Jaquan Terry                                8-29-25

## IV. Relief

Being taken from family, my children, The loss of freedom by a lie. Great finacial loss, and personal loss of everything I believed myself to be, I now have a fear of police and other authority. A great loss of trust in the people who are to protect and serve, and much more loss seen at this time and not yet seen and what may come at a later date.

Attn: Clerk

Good day, I would please like the court to proceed In forma Pauperis due to me being in Jail at this time also may I please get any and paper work as soon you are able to send them to me.

Thank you.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-4-25

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Jaquan Terry

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A